1
2
3
4
5
6         **UNITED STATES DISTRICT COURT**
7         **CENTRAL DISTRICT OF CALIFORNIA**
8
9

| | |
|---|---|
| 10  GAIDERLY PEREZ, an individual, | Case No: 2:22-cv-07122-KK-JPR |
| 11           Plaintiff, | Judge: Hon. Kenly Kiya Kato |
| 12  vs. | |
| 13  NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive, | Magistrate Judge: Hon. Hon. Jean P. Rosenbluth |
| 14 | |
| 15 | |
| 16           Defendants. | **ORDER OF DISMISSAL** |
| 17 | |
| 18 | |

19
20
21
22
23
24
25
26
27
28

1 | Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: January 9, 2026           By: _____
                                      Hon. Kenly Kiya Kato
                                      United States District Judge